IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**DEANNA MCCAY,**                                                    **No.07-40049-DRH**

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial submitted by Defendant Deanna McCay (Doc. 110). The matter was currently set for a change of Plea on January 8, 2009 but the Defendant received the Plea Agreement on December 30, 2008 and states that there are issues involving the relevant conduct to be assigned to Defendant and the Defendant and Government are in negotiations to arrive at an agreement. Accordingly, the Court finds that the trial should be postponed because the Defendant and the Government are involved in ongoing negotiations concerning a possible plea agreement. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant McCay in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant McCay's motion to continue trial (Doc. 110) and **CONTINUES** the jury trial scheduled for January 12,

2009 at 9:00 a.m. until **March 30, 2009 at 9:00 a.m.** The time from the date Defendant McCay's motion was filed, January 6, 2009, until the date on which the trial is rescheduled, March 30, 2009, is excludable time for the purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 8th day of January, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**